Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
ROGELIO CORTEZ

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROGELIO CORTEZ, | Case No.: 2:13-cv-1496-APG-VCF |
| Plaintiff, | UNOPPOSED MOTION TO AMEND AND EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant[1] | |

Plaintiff Rogelio Cortez ("Plaintiff"), through his undersigned counsel of record, requests the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Reversal and/or Remand to January 8, 2014; and that

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

-1-

1  Defendant shall have until February 7, 2013, to file his opposition, if any is
2  forthcoming.  Any reply by plaintiff will be due February 14, 2014.
3       An extension of time for plaintiff is needed in order to properly address the
4  issues within the administrative record in this matter to avoid a confluence of due
5  dates in the midst of the holiday season as a result of the lapse in appropriations.
6       Counsel for defendant has indicated, via e-mail, that this motion to extend
7  the time to file is not opposed.

9  DATE: December 2, 2013,       Respectfully submitted,
10                    ROHLFING & KALAGIAN, LLP

11                      /s/ Marc V. Kalagian
12            BY: _____
                Marc V. Kalagian
13              Attorney for plaintiff ROGELIO CORTEZ

15                    ORDER
16       IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
17  and including January 8, 2014, in which to file Plaintiff's Motion for Reversal
18  and/or Remand; Defendant may have an extension of time to February 7, 2014 to
19  consider the contentions raised in Plaintiff's Motion, and file any opposition if
20  necessary.  Any reply by plaintiff will be due February 14, 2013.
21       IT IS SO ORDERED.   No further extensions will be permitted.
22
23  DATE:  12-10-2013
24                    _____
                    THE HONORABLE CAM FERENBACH
25                    UNITED STATES MAGISTRATE JUDGE
26