UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROGELIO CORTEZ,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　　　　　Defendant. | Case No. 2:13-cv-01496-APG-VCF<br><br>**Order Accepting Findings and Recommendation and Dismissing Case**<br><br>(Dkt. ## 14, 20, 22) |

　　　On March 31, 2014, Magistrate Judge Ferenbach entered his Report and Recommendation [Dkt. #22] recommending that Plaintiff's Motion for Reversal or Remand [Dkt. #14] be denied and that Defendant's Cross-Motion to Affirm [Dkt. #20] be granted. No objection has been filed to Judge Ferenbach's Report and Recommendation. I have conducted a de novo review of the issues set forth in the Report and Recommendation pursuant to Local Rule IB 3-2. Judge Ferenbach's Report and Recommendation sets forth the proper legal analysis, and the factual bases, for the decision. Therefore,

　　　IT IS HEREBY ORDERED that Judge Ferenbach's Report and Recommendation is accepted, Plaintiff's Motion for Reversal or Remand [Dkt. #14] is DENIED, Defendant's Cross-Motion to Affirm [Dkt. #20] is GRANTED, the Administrative Law Judge's decision is affirmed, and this case is DISMISSED. The clerk of the court shall enter Judgment accordingly.

　　　Dated: July 28, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE